UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARY SWEARENGIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:17-CV-32-DCP |
| NANCY A. BERRYHILL,[1] Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, | ) ) ) ) ) ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Motion for Summary Judgment [**Doc. 16**] is **GRANTED IN PART AND DENIED IN PART** and the Commissioner's Motion for Summary Judgment [**Doc. 22**] is **GRANTED IN PART AND DENIED IN PART**. This case is **REMANDED** to the Social Security Administration with instructions that the Administrative Law Judge address the apparent conflict between the vocational expert's testimony and the reaching requirements in the *Dictionary of Occupational Titles*.

IT IS SO ORDERED.

ENTER:

Debra C. Poplin
United States Magistrate Judge

---

[1] During the pendency of this case, Nancy A. Berryhill replaced Acting Commissioner Carolyn W. Colvin. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted as the Defendant in this case.